# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

MEMO ENDORSED

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

July 19, 2022

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York   10461-4150

        Re: United States v. Marquise Pickett
            11 Cr. 630-36 (KMW)

Dear Judge Karas:

    I have reviewed the judgment filed today on ECF with regard to Mr. Pickett's sentencing on June 24, 2022. It is my recollection that Your Honor modified Mr. Pickett's travel restrictions by expanding his allowable travel to include the Eastern District of New York as well as the Southern District of New York. However, I do not see that modification included in the judgment. Unfortunately, I do not have the transcript of the sentencing but intend on ordering it today so that if I am correct the judgment can be timely amended.

    Thank you for your consideration to this letter alert and request for such modification.

*Travel restrictions are expanded to cover the EDNY.*

Respectfully submitted,

Richard H. Rosenberg

*So Ordered*
*KMK*
*7/19/22*

cc.: All parties (ECF and email)